IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY JONES                                                                                           PLAINTIFF

3:05CV00276HLJ

POINSETT COUNTY JAIL, et al.                                                          DEFENDANTS

ORDER

On September 12, 2006, this Court directed the issuance of summons and service of plaintiff's original and amended complaints on defendants (DE #14). The summons issued to defendants Kim Hendrix and Wayne Cazort were returned, unexecuted, on September 28 and 29, 2006 (DE ##19, 23). Defendants were directed by this Court to provide the last-known addresses of these two defendants, by Order dated February 5, 2007 (DE #26). Defendants have now responded with those addresses (DE #28). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Hendrix and Cazort, and the United States Marshal is hereby directed to serve a copy of the summons, complaint (DE #1), and amended complaint (DE #9) on defendants, without prepayment of fees and costs or security therefore, at the following addresses: Kim Hendrix, 1009 Kings Highway, Weiner, AR 72479; Wayne Cazort, 1703 Duncan Road, Jonesboro, AR 72401.

IT IS SO ORDERED this 20th day of February, 2007.

*Henry L. Jones, Jr.*
United States Magistrate Judge