IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY JONES                                                                    PLAINTIFF

v.                                          3:05CV00276WRW/HLJ

POINSETT COUNTY
JAIL, et al.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 1st day of August, 2007.


                                             /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE